ANDREA T. MARTNEZ, Acting United States Attorney (#9313)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

FILED US District Court -UT
AUG 18 '21 PM01:46

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | VIOS.<br>COUNTS 1, 2, 6, and 7: 18 U.S.C. § 2113(a), CREDIT UNION ROBBERY<br>COUNTS 3, 4, and 5: 18 U.S.C. § 2113(a), BANK ROBBERY. |
| CODY M. JENSEN, | |
| Defendant. | |
| | Case: 2:21-cr-00342<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 8/18/2021 |

The Grand Jury Charges:

### COUNT 1
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about December 6, 2019, in the District of Utah,

**CODY M. JENSEN,**

1

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Cyprus Credit Union located at 11328 S. Jordan Gateway (250 West), South Jordan, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Cyprus Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

## COUNT 2
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about January 3, 2020, in the District of Utah,

**CODY M. JENSEN,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the America First Credit Union located at 1360 South Foothill Drive, Salt Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the America First Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

## COUNT 3
(Bank Robbery)
18 U.S.C. § 2113(a)

On or about February 7, 2020, in the District of Utah,

**CODY M. JENSEN,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the U.S. Bank located at 4080 W. 9000 South, West Jordan, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the U.S. Bank, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDCI); all in violation of 18 U.S.C. § 2113(a).

## COUNT 4
(Bank Robbery)
18 U.S.C. § 2113(a)

On or about February 28, 2020, in the District of Utah,

**CODY M. JENSEN,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the U.S. Bank located at 1550 East 3500 North St., Lehi, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the U.S. Bank, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDCI); all in violation of 18 U.S.C. § 2113(a).

## COUNT 5
(Bank Robbery)
18 U.S.C. § 2113(a)

On or about May 5, 2020, in the District of Utah,

**CODY M. JENSEN,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the U.S. Bank located at 1174 West 600 North, Salt Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the U.S. Bank, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDCI); all in violation of 18 U.S.C. § 2113(a).

## COUNT 6
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about July 25, 2020, in the District of Utah,

**CODY M. JENSEN,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Goldenwest Credit Union located at 760 East Main St., Lehi, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Goldenwest Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

## COUNT 7
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about August 27, 2020, in the District of Utah,

**CODY M. JENSEN,**

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the America First Credit Union located at 326 North Main St., Kaysville, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the America First Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

*[signature]*
_____
CARLOS A. ESQUEDA
Assistant United States Attorney