

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CODY M. JENSEN, Defendant. | MOTION TO UNSEAL INDICTEMNT AND CASE FILE  Case No. 2:21 cr 342 JNP |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves the Court for an Order unsealing the indictment and case file as the reason for sealing no longer exists and the defendant is in custody.

DATED this 23rd day of August 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

*/s/ Carlos A. Esqueda*
CARLOS A. ESQUEDA
Assistant United States Attorney

1